Clarence E. Turney, appellee, v. Russell Shepherd, appellant. Gen. No. 6,674.

Action of replevin. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

Earl L. Scott and Jacob Cantlin, for appellant. J. J. Ludens, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

---

Val Weber Company, appellant, v. A. Slocum, appellee. Gen. No. 6,684.

Attachment proceeding. Judgment for defendant. Appeal from the County Court of Peoria county; the Hon. Robert H. Lovett, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

Cameron & Anderson, for appellant. Tichenor, Todd, Wilson & Barnett, for appellee.

Mr. Justice Dibell delivered the opinion of the court.